

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-17-00277-CV
_____

BILLY JOE WILLARD, JR., APPELLANT

V.

ERIKA LYNN WILLARD, APPELLEE

On Appeal from the County Court at Law No. 1
Johnson County, Texas
Trial Court No. CC-D20160292; Honorable Robert B. Mayfield, Presiding

October 17, 2017

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this court is an unopposed motion to dismiss filed by Appellant, Billy Joe Willard, Jr. By this motion, Appellant represents that he and Appellee, Erika Lynn Willard, have mediated and reached a resolution of the dispute. Without passing on the merits of the appeal, Appellant's motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). As the motion does not indicate an agreement of the

parties regarding the allocation of costs, all costs on appeal shall be taxed against Appellant. *Id.* at 42.1(d). Having dismissed this appeal at Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Per Curiam